1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KEITH LAMONT SMITH
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,      ) Case No. 2:04-cr-00132 LKK
12                                )
                    Plaintiff,    ) STIPULATION AND ORDER CONTINUING
13                                ) CASE
          v.                      )
14                                ) Date:  November 15, 2011
   KEITH LAMONT SMITH,            ) Time:  9:15 a.m.
15                                ) Judge: Hon. Lawrence K. Karlton
                    Defendant.    )
16                                )
   _____ )
17

18
        **IT IS HEREBY STIPULATED** and agreed to between the United States of
19
   America through Paul Hemesath, Assistant United States Attorney, and
20
   KEITH LAMONT SMITH, by and through his counsel, JEFFREY L. STANIELS,
21
   Assistant Federal Defender, that the status conference (Admit-Deny
22
   Hearing) in the above captioned case be continued from November 15, 2011
23
   to January 10, 2012.  This continuance is sought to permit the probation
24
   officer to continue to monitor Mr. Smith's performance in the cognitive
25
   behavioral treatment program recently authorized by the court, CR 78, and
26
   which Mr. Smith has recently commenced, and to monitor the status of a
27
   pending state matter which is included among the violations.
28

**IT IS ALSO STIPULATED** that time for trial under the Speedy Trial Act is not required with regard to these proceedings occasioned by the Supervised Release petition filed in this matter. CR 76.

**IT IS SO STIPULATED**.

Dated: November 14, 2011

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ JEFFREY L. STANIELS
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        KEITH LAMONT SMITH

Dated: November 14, 2011

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Paul Hemesath
                                        Paul Hemesath
                                        Assistant U.S. Attorney


# O R D E R

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until January 10, 2012, at 9:15 a.m. on this court's regular criminal calendar.

        IT IS SO ORDERED.


Dated: November 14, 2011

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT