DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITH LAMONT SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00132 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE |
| v. | |
| KEITH LAMONT SMITH, | Date: March 27, 2012 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** and agreed to between the United States of America through Paul Hemesath, Assistant United States Attorney, and KEITH LAMONT SMITH, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference (Admit-Deny Hearing) in the above captioned case be continued from March 27, 2012 to June 5, 2012, or as soon thereafter as the court may hear the matter. This continuance is sought to permit the probation officer, Glenn Simon, to continue to monitor Mr. Smith's performance in the cognitive behavioral treatment program authorized by the court, CR 78, and to monitor the status of an unresolved and pending state matter which is included among the violations. Defense counsel has conferred both with Mr. Hemesath and with Mr. Simon, both of whom concur in this proposed action.

**IT IS ALSO STIPULATED** that time for trial under the Speedy Trial Act is not required with regard to these proceedings occasioned by the Supervised Release petition filed in this matter. CR 76.

**IT IS SO STIPULATED**.

Dated: March 22, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
KEITH LAMONT SMITH

Dated: March 22, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Paul Hemesath
Paul Hemesath
Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until June 5, 2012, at 9:15 a.m. on this court's regular criminal calendar.

**IT IS SO ORDERED.**

Dated: March 23, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT