1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  KEITH LAMONT SMITH

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,        )  Case No. 2:04-cr-00132 LKK
12                                  )
              Plaintiff,            )  ORDER DROPPING MATTER FROM
13                                  )  CALENDAR
       v.                           )
14                                  )
   KEITH LAMONT SMITH,              )  Date:  June 5, 2012
15                                  )  Time:  9:15 a.m.
              Defendant.            )  Judge: Hon. Lawrence K. Karlton
16                                  )
   _____  )
17

18
        The court was made aware by a recently submitted superseding
19
   supervised release violation petition docketed as CR 89 in this matter,
20
   that Mr. Smith has been charged in Sacramento Superior Court with
21
   participating in a recent attempted robbery.  The court has now been
22
   advised by defense counsel that his inquiry has determined that the
23
   defendant is in primary state custody in lieu of bail as the result of
24
   that arrest, and that the United States Marshal has caused a federal
25
   detainer to be lodged on the basis of this pending supervised release
26
   matter.
27
        For these reasons the court finds that the defendant is not
28

available to be brought before the court at this time and the clerk is directed to drop this matter from the court's June 5, 2012, criminal calendar.

**IT IS SO ORDERED.**

By the court,

Dated: May 31, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Smith Stip/Order  -2-